IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR JOHNSON, et al.,

    Plaintiffs,

v.                                                    No. CV 21-20 KRS/CG

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

### ORDER SETTING STATUS CONFERENCE AND MOTION HEARING

**THIS MATTER** is before the Court on review of the record. Counsel indicated at the Court's *Rule 16 Scheduling Conference* held on March 2, 2021, that the Defendant intends to file a motion to bifurcate discovery by March 15, 2021. (Doc. 11).

**IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Tuesday, April 27, 2021, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that a status conference will be held by telephone on **Tuesday, April 27, 2021, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE