IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR JOHNSON, et al.,

    Plaintiffs,

v.                                                                             No. CV 21-20 KRS/CG

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER VACATING STATUS CONFERENCE AND MOTION HEARING

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the telephonic status conference and motion hearing scheduled for **Tuesday, April 27, 2021, at 2:00 p.m.**, is **VACATED**. The Court will reset the status conference at a later date.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE