IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR JOHNSON, et al.,

      Plaintiffs,

v.                                                                        No. CV 21-20 KRS/CG

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report by no later than **April 21, 2021**, updating the Court on the following matters:

1. The status of discovery;

2. The parties' intent to file a motion to bifurcate future discovery;

3. The date by which the parties intend to file a motion to bifurcate discovery, if any; and

4. The parties' amenability to scheduling a settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE