IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR JOHNSON, et al.,

    Plaintiffs,

v.                                  No. CV 21-20 KRS/CG

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. The parties indicate in their *Notice of Settlement*, (Doc. 17), filed April 2, 2021, that "all matters between the parties have been resolved" and the parties are "presently working to complete the necessary settlement documents and to fund the agreed-upon amount." (Doc. 17 at 1).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 5, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE