# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARTHUR JOHNSON and ELIZABETH JOHNSON,

    Plaintiffs,

v.                                                                                                            No. 2:21-cv-00020-KRS-CG

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

The parties have entered into a mutually agreed upon resolution of all issues of law and fact in this case. The agreed upon resolution is intended to resolve and effect a full and final release of any and all claims and causes of action that were brought or could have been brought herein by and between the parties to this lawsuit. Accordingly, the parties have agreed and have asked the Court to issue an order dismissing with prejudice any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice. Plaintiff and Defendants have also agreed to bear their own costs and attorneys' fees.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's *Complaint for Breach of Contract, Unfair Trade Practices, Violations of Unfair Insurance Practices Act, and Breach of Duty of Good Faith and Fair Dealing.* is dismissed with prejudice.

2. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**THE HONORABLE DISTRICT COURT**
**JUDGE KEVIN R. SWEAZEA**


Submitted by:

**RILEY, SHANE & KELLER, P.A.**

By: _/s/ Taryn M. Kaselonis_
**COURTENAY L. KELLER**
**TARYN M. KASELONIS**
**ARMAND D. HUERTAZ**
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rsk-law.com
tkaselonis@rsk-law.com
ahuertaz@rsk-law.com
*Attorneys for Defendant Allied Property*
*and Casualty Insurance Company*

and

**THE LAW OFFICES OF MATTHEW HOLT, P.C.**

By: __/s/ Matthew P. Holt____
**MATTHEW P. HOLT**
P.O. Box 16495
Las Cruces, NM 88004
(575) 649-2493
matt.holt@attorneyholt.com
*Attorneys for Plaintiff*